

**Dechert LLP**
US Bank Tower
633 West 5th Street
Suite 4900
Los Angeles, CA  90071-2032
+1 213 808 5700  Main
+1 213 808 5760  Fax

April 17, 2026

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 6/02/2026

**VIA EMAIL / ECF**

The Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *Cayden Breeden v. Epic Games, Inc., et al.*, No. 7:26-cv-00642

Dear Judge Román:

Pursuant to Rule 4(A)(iii) of Your Honor's Individual Practices in Civil Cases, Defendants Microsoft Corporation and Mojang AB (the "Microsoft Defendants") respectfully request leave to file under seal portions of the Microsoft Defendants' Memorandum of Law in Support of their Motion to Compel Arbitration and Stay Litigation and supporting declarations, and to file redacted versions of those materials for the public record.

On April 13, 2026, Counsel for the Microsoft Defendants advised counsel for Plaintiff Cayden Breeden ("Plaintiff") via email that the Microsoft Defendants would be serving their Memorandum of Law with limited redactions and informed them of the nature of those redactions. Plaintiff's counsel consented to the proposed redactions.

In ruling on a motion to seal, the Second Circuit has recognized that the right to public access to judicial documents is not absolute and "the court must balance competing considerations against it." *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (quotation marks omitted). In particular, the Court must balance the right to public access to judicial documents against the privacy interest of the party resisting disclosure. *See id.* at 119–20.

Counsel for Plaintiff provided to the Microsoft Defendants information related to certain gaming records and accounts, including those Plaintiff purportedly used in connection with this matter (the "Account Information"). The Account Information includes details that fall within the categories of sensitive information identified in Rule 4(A)(i) of Your Honor's

*See* **Pg. 3**

MEMO ENDORSED



Individual Practices in Civil Cases—specifically, home addresses and dates of birth—as well as additional personal identifying information of Plaintiff and third-parties that extends beyond the eleven categories identified in the ECF Privacy Policy. The Microsoft Defendants' Motion to Compel and its accompanying memorandum of law and declarations necessarily reference and rely upon this Account Information to establish the factual predicate for arbitration.

The proposed redactions are narrowly tailored to protect only personally identifying information and do not obscure any substantive legal arguments or factual allegations. Contemporaneously with this letter motion, the Microsoft Defendants submit redacted and publicly available versions of all documents to be filed under seal. These redacted versions maintain the substantive legal arguments and factual narrative necessary for public review while protecting the privacy of Plaintiff and unrelated third parties.

For these reasons, the Microsoft Defendants respectfully request that this Court grant them leave to file the unredacted versions of their memorandum of law in support of their Motion to Compel, and supporting declarations under seal, consistent with Rule 4(A) of Your Honor's Individual Practices in Civil Cases and Federal Rule of Civil Procedure 5.2(d). The Microsoft Defendants respectfully request that the proposed sealed documents be filed under a Selected Parties viewing level, with access restricted to attorneys for the Microsoft Defendants and Plaintiff, as well as court personnel.

Respectfully submitted,

*/s/ Mark Cheffo*
Mark Cheffo
mark.cheffo@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

Sozi Pedro Tulante *(PHV Forthcoming)*
sozi.tulante@dechert.com
Julia Chapman *(PHV Forthcoming)*



The Honorable Nelson S. Román
April 17, 2026
Page 3

julia.chapman@dechert.com
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Telephone: 215 994 2020
Facsimile: 215 994 2222

*Attorneys for Defendants Microsoft
Corporation and Mojang AB, d/b/a
"Mojang Studios"*

Cc:     All Counsel of Record (via Email / ECF)

**The Court GRANTS the consented-to request of Defendants Microsoft Corporation and Mojang AB (the "Microsoft Defendants") to file under seal portions of the Microsoft Defendants' Memorandum of Law in Support of their Motion to Compel Arbitration and Stay Litigation and supporting declarations, and to file redacted versions of those materials on the public docket.  The unredacted versions shall remain under seal and accessible only to the Court and counsel of record.**

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 23.**

**Dated: June 2, 2026**
**White Plains, NY**

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge