

faegredrinker.com

**Jeffrey S. Jacobson**
Partner
jeffrey.jacobson@faegredrinker.com
+1 212 248 3191 direct

**Faegre Drinker Biddle & Reath LLP**
1177 Avenue of the Americas, 43rd Floor
New York, New York  10036
+1 212 248 3140 main
+1 212 248 3141 fax

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/08/2026

June 5, 2026

**VIA ECF**

Hon. Nelson S. Román, United States District Judge
United States District Court for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re:**    ***Breeden v. Epic Games, Inc. et al.*, No. 7:26-cv-00642-NSR (S.D.N.Y)**

Dear Judge Román:

I represent Defendant Epic Games, Inc. ("Epic Games") in the above-captioned matter.

Pursuant to Rule 4(A)(iii) of Your Honor's Individual Practices in Civil Cases, Defendant Epic Games, Inc. ("Epic") respectfully requests leave to file under seal portions of Epic's Memorandum of Law in Support of its Motion to Compel Arbitration and Stay Litigation or, in the Alternative, to Transfer Venue ("Motion"), its supporting declaration, and certain supporting exhibits, and to file redacted versions of those materials for the public record.

On April 17, 2026, Counsel for Epic served upon counsel for Plaintiff Cayden Breeden ("Plaintiff") a Notice of Motion, the Motion, the Motion's supporting declaration and related exhibits. At the time of service, Counsel for Epic advised Counsel for Plaintiff that portions of the filings contain and rely on Plaintiff's sensitive personal information and, should Plaintiff want to protect such information from public disclosure, Epic would file a motion to seal. The sensitive information is described in further detail below, and Plaintiff's counsel consents to this request.

In ruling on a motion to seal, the Second Circuit has recognized that the right to public access to judicial documents is not absolute and "the court must balance competing considerations against it." *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (quotation marks omitted). In particular, the Court must balance the right to public access to judicial documents against the privacy interest of the party resisting disclosure. *See id.* at 119–20. Certain personal information—such as personal email addresses—carry a "low presumption of public access." *Marsh & McLennan Companies Inc. v. Howden US Servs., LLC*, No. 1:25-CV-09130 (JLR), 2026 WL 508603, at *16 (S.D.N.Y. Feb. 24, 2026).

Counsel for Plaintiff provided to Epic information related to certain gaming records and accounts, including those Plaintiff purportedly used in connection with this matter (the "Account Information"). The Account Information includes personal identifying information of Plaintiff, including Plaintiff's personal email address and full Epic Games account identification number.

*See* **Pg. 2**

**MEMO ENDORSED**

Hon. Nelson S. Román,                          - 2 -                          June 5, 2026
United States District Judge

The memorandum in support of the Motion, its supporting declaration and certain exhibits necessarily reference and rely upon this Account Information to establish the factual predicate for arbitration.

The proposed redactions are narrowly tailored to protect only personally identifying information and do not obscure any substantive legal arguments or factual allegations. Contemporaneously with this letter motion, Epic submitted redacted and publicly available versions of all documents to be filed under seal. These redacted versions maintain the substantive legal arguments and factual narrative necessary for public review while protecting the privacy of Plaintiff and unrelated third parties.

For these reasons, Epic respectfully requests that this Court grant it leave to file the unredacted versions of its memorandum of law in support, its supporting declaration and certain exhibits under seal, consistent with Rule 4(A) of Your Honor's Individual Practices in Civil Cases and Federal Rule of Civil Procedure 5.2(d). Epic respectfully request that the proposed sealed documents be filed under a Selected Parties viewing level, with access restricted to attorneys for Epic and Plaintiff, as well as court personnel.

                                        Respectfully submitted,

                                        /s/ Jeffrey S. Jacobson_____
                                        Jeffrey S. Jacobson

cc:      Counsel for all parties via ECF

**The Court GRANTS the consented-to request of Defendant Epic Games, Inc. ("Epic Games") to file under seal portions of Epic's Memorandum of Law in Support of its Motion to Compel Arbitration and Stay Litigation or, in the Alternative, to Transfer Venue, its supporting declaration, and certain supporting exhibits, and to file redacted versions of those materials for the public record. The unredacted versions shall remain under seal and accessible only to the Court and counsel of record.**

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 45.**

**Dated: June 8, 2026**
**        White Plains, NY**

                                        SO ORDERED:

                                        _____
                                        NELSON S. ROMÁN
                                        United States District Judge